DANIEL G. BOGDEN
United States Attorney
District of Nevada

PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8933
Facsimile: (415) 744-0134
E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NUBIA FLORES-VILLAREAL,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:14-cv-01768-RFB-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on December 29, 2014, by 45 days, through and including February 12, 2015.

An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on December 24, 2014.

-2-

Respectfully submitted this 24th day of December 2014.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Paul Sachelari*
        PAUL SACHELARI
        Special Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Regional Chief Counsel, Region IX

No further extensions will be granted.

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: December 31, 2014

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, **PAUL SACHELARI,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below: |
| 3 | |
| 4 | **CM/ECF:** |
| 5 | Marc V Kalagian |
|   | Rohlfing & Kalagian, LLP |
| 6 | 211 E. Ocean Blvd. |
|   | Suite 420 |
| 7 | Long Beach, CA 90802 |
| 8 | |
|   | Dated this 24th day of December 2014. |
| 9 | |
| 10 | */s/ Paul Sachelari* |
|    | **PAUL SACHELARI** |
|    | Special Assistant United States Attorney |

-3-